UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| HERSCHELL ORR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CASE NO. 3:20-cv-00049-RLY-MPB |
| DOLGENCORP, LLC, | ) ) |
| Defendant. | ) ) ) |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, and this Court being duly advised, hereby GRANTS said Stipulation.

IT IS SO ORDERED that this cause is hereby dismissed with prejudice in its entirety. Each party to bear its own costs and expenses.

DATED:  10/26/2020

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Distribution to:**

Phillip Olsson
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
*Counsel for Plaintiff*

Katherine M. Haire
REMINGER CO., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
*Counsel for Defendant*